UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
)
) 1:24-cr-123
v. )  Judge Collier/Lee
)
)
GARRY LEBRON HAYES )

### INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about July 1, 2024, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEBRON HAYES, did threaten to murder a Member of the United States House of Representatives, whose name is known to the Grand Jury, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

### COUNT TWO

The Grand Jury further charges that on or about July 1, 2024, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEBRON HAYES, did knowingly and willfully transmit in interstate commerce, from the State of Tennessee to the State of Georgia, a communication, that is, a telephone voicemail message, to a Member of the United States House of Representatives, whose name is known to the Grand Jury, and the communication contained a

threat to injure the person of such Member, specifically a threat to kill such Member, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: _____
David P. Lewen, Jr.
Assistant U.S. Attorney