## U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [x] Initial Appearance
- [ ] Complaint
- [x] Indictment
- [ ] SSI
- [ ] Information
- [ ] Petition for Probation/Supervised Release action

- [ ] Preliminary Exam
- [ ] Detention Hearing
- [x] Arraignment

- [ ] Motion Hearing
- [ ] Bond Hearing
- [ ] Arraignment on SSI

Case No. 1:24-cr-123    USA v. Garry Lebron Hayes

**PRESENT:**    Honorable  Mike Dumitru    [ ] U.S. District Judge OR [x] U.S. Magistrate Judge

Joe DeGaetano
_____
Assistant U.S. Attorney

Michael Henry
_____
Attorney for Defendant
[x] Appt.  [ ] Retd  [ ] Ltd. App.

Dustin Lett
_____
Probation Officer

Ashley Williams
_____
Courtroom Deputy

_____
Court Reporter

_____
Interpreter(s)    [ ] **SWORN**

Digital Recording: Crtrm 1B [ ]    **OR** Crtrm 4 [x]

**PROCEEDINGS:**    [x] DEFENDANT(S) SWORN        **DATES SET:**

- [x] Financial affidavit(s) executed
- [x] Court appointed attorney(s) under CJA
- [ ] Court may require deft(s) repay govt cost of atty(s)
- [ ] Defendant(s) waived appointment of attorney(s)
- [x] Defendant(s) specifically advised of rights
- [ ] Deft advised of Rules 20, 5 FRCrP
- [ ] Deft executed waiver of Rule 5, 5.1 hearing
- [x] Deft waived reading of indictment/information
- [ ] Indictment/Information read
- [x] Deft pleads not guilty to counts 1-2
- [x] Not guilty plea entered by Court on deft's behalf
- [ ] Deft. entered no plea

Detention hearing: Waived _____

Preliminary exam: _____

Revocation hearing: _____

Arraignment: _____

OTHER: _____

Court ordered file  [ ] sealed **OR**  [ ] unsealed

**TESTIMONY BY:** _____

**OTHER MATTERS:**

Rule 5 in. The Government makes an Oral Motion to Unseal the Indictment and it is granted by the Court.
I, Ashley Williams, CERTIFY the official record of this proceeding is an audio file. Chatt DCR 1-24-cr-123_20250116_134003

**BOND**
- [x] Govt. motion for detention without bond:  [x] granted  [ ] denied
- [ ] Court ordered deft released on bond (see order setting conditions of release)

Amount:_____    Type: _____

Defendant ineligible for release on bond:_____

Deft  [x] remanded to custody of U.S. Marshal  [ ] remained in custody  [ ] remained on bond  [ ] released on bond

Time: 2:02 ___ to 2:11 ___    Date: 1/16/2025 _____

rev 3/09