# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br><br>GARRY LEBRON HAYES<br><br>_____<br>Defendant | ) ) ) ) ) ) ) | Case No. 1:24-CR-123 |

FILED JAN 17 2025 Clerk, U. S. District Court Eastern District of Tennessee At Chattanooga

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Garry Lebron Hayes                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(B)   Threatening to murder a United States official
18 U.S.C. § 875(c)         Transmission of Threats via Interstate Commerce

Date: 12/10/24

_____
*Issuing officer's signature*

City and state: Chattanooga, TN

_____
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01 15 25 , and the person was arrested on *(date)* 01 15 25
at *(city and state)* CHATTANOOGA .

Date: 01 15 25

_____
*Arresting officer's signature*

Ruck Barrett DUSM
*Printed name and title*

FID: 1174610B                                                              2574-1211-0237-5