UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:24-cr-0123-CLC-MJD-1 |
| v. ) | |
| ) | |
| GARRY LEBRON HAYES ) | |

## ORDER

The Government has filed a motion seeking to unseal this case [Doc. 13], but requests that the Affidavit in support of the criminal complaint [Doc. 3] remain sealed. For cause, the Government states that the Indictment has supplanted the criminal complaint as the charging document in this matter, and states the affidavit contains confidential and sensitive information.

For good cause shown, the Court **GRANTS** the motion [Doc. 13] and **ORDERS** that the Clerk's Office shall unseal the Indictment and the above-captioned case, with the exception that the complaint and affidavit [Doc. 3] **SHALL BE SEALED** until further order of the Court.

SO ORDERED:

ENTER.

s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE