U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☑ **REARRAIGNMENT**
☐ **WAIVER OF INDICTMENT/PLEA**

Case No. **1:24-cr-00123**   USA v. **Garry Lebron Hayes**

**PRESENT:** Honorable **Mike Dumitru**   ☐ U.S. District Judge  ☑ U.S. Magistrate Judge

| **Joe DeGaetano** | **Everett Hoagland** | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |

| **Ashley Williams** | **Stephanie Fernandez** | |
|---|---|---|
| Courtroom Deputy | Court Reporter | Interpreter(s) |

☐ **SWORN**

**PROCEEDINGS:** DEFENDANT(S)  ☑ SWORN

☐ Financial affidavit(s) executed
☐ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)
☐ Defendant(s) waived appointment of attorney(s)
☑ Defendant(s) specifically advised of rights
☐ Waiver executed
☐ Deft waived reading of indictment/information
☑ Indictment ☐ Information read
☑ Defendant pleads guilty to Count(s) **2**
☑ Court finds deft competent to plead; plea voluntary
☐ Guilty plea accepted by Court; deft adjudged guilty
☑ Plea Agreement filed - - - - -   Agreement: ☐ sealed  ☑ not sealed

**BOND:** ☐ Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on _____ bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: ☐ granted  ☐ denied  ☐ Detention hearing set (see above)
☐ Defendant ineligible for release on bond: _____

**SENTENCING:** **9/10/2025 at 2:00 pm**

**OTHER MATTERS:**

Deft  ☐ remanded to custody of U.S. Marshal  ☐ remained in custody  ☑ remained on bond

Time: **9:59** to **10:20**   Date: **5/7/2025**